opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PEOPLE ex rel. O'BRIEN v. BAKER, Police Com'r. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York, on the relation of Christopher C. O'Brien, against William F. Baker, as Police Commissioner, etc. J. M. Mayer, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. SLEVIN v. WALDO. (Supreme Court, Appellate Division, First Department, July 7, 1911.) Proceeding by the People of the State of New York, on the relation of Edward D. Slevin, against Rhinelander Waldo, as commissioner. J. Rouss, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. SPEZIALE v. LEDERLE. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York, on the relation of Emanuel Speziale, against Ernst J. Lederle, as commissioner. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PEOPLE ex rel. THIRD AVE. R. CO. et al. v. PUBLIC SERVICE COMMISSION et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Proceeding by the People of the State of New York, on the relation of the Third Avenue Railroad Company and others, against the Public Service Commission and others. No opinion. Application granted; form of question to be determined on settlement of order. Settle order on notice. See, also, 130 N. Y. Supp. 97.

PEOPLE ex rel. WOYTISECK v. GRIFFENHAGEN. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York, on the relation of Vincent W. Woytiseck, against Max S. Griffenhagen, as register, etc. No opinion. Motion to dismiss appeal granted, without costs. Order filed.

PERSONIUS, Respondent, v. PERSONIUS, Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by Cavalier V. Personius against Cora E. Personius. No opinion. Interlocutory judgment unanimously affirmed.

PETERS v. MARVIN. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Catharine A. Peters against David Marvin. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PETERSON, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Charles Peterson against the City of New York. L. L. Kellogg, for appellant. T. Farley, for respondent. No opinion. Judgment affirmed, with costs, on the authority of O'Brien v. City of New York, 139 N. Y. 543, 35 N. E. 323, and Williams v. City, 130 App. Div. 182, 114 N. Y. Supp. 652. Order filed. See, also, 127 App. Div. 942, 111 N. Y. Supp. 1140.

In re PETTIT. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) In the matter of the application of Horace Pettit, a member of the bar of the state of Pennsylvania, for admission to the bar. No opinion. Inasmuch as the application was first made in the First department of this court, and denied, this application, being upon similar papers, is denied.

In re PETTIT. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of the application of Horace Pettit for admission to the bar. No opinion. Application granted. See, also, supra.

PIEL et al., Respondents, v. WEBSTER MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Adelgunde M. Piel and another against the Webster Manufacturing Company. No opinion. Judgment affirmed, with costs.

PITMAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Fannie Pitman, an administratrix, etc., of Samuel Pitman, deceased, against the City of New York. No opinion. Judgment and order unanimously affirmed with costs. See, also, 141 App. Div. 670, 125 N. Y. Supp. 941.

PITTS, Respondent, v. McKESSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Edward Pitts against John McKesson and others. No opinion. Judgment and order unanimously affirmed, with costs.

PRINCE, Respondent, v. FRANKLIN BREWING CO., Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Herman Pri ce against the Franklin Brewing Company. H. P. Cochrane, for appellant. H. A. Gordon, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PRYER et al., Respondents, v. PRYER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) Action by Charles Pryer and another, as executors, etc., of Adeline C. Pryer, deceased, against Harry K. Pryer and others. No opinion. Judgment affirmed, with costs, on the opinion of Mr. Justice Tompkins at Special Term (126 N. Y. Supp. 393).